In the Matter of the Will of JOSEPHINE RUPPRECHT, Deceased. BELLE E. HARTNAGLE et al., Appellants; SECURITY TRUST COMPANY OF ROCHESTER, as Executor of JOSEPHINE RUPPRECHT, Deceased, et al., Respondents.

Argued May 12, 1947; decided May 22, 1947.

*George J. Skivington, Walter W. Post* and *Gregory F. Mills* for distributees of Josephine Rupprecht, deceased, appellants.

*Wallace J. Stakel* and *Donald M. Donahue* for The Children's Home Association of Genesee County, appellant.

*James L. Kelly, George W. Watson* and *Frank A. Corti* for Security Trust Company of Rochester, as executor, respondent.

*Nathaniel L. Goldstein, Attorney-General* (*A. W. Feinberg, Wendell P. Brown* and *Thomas Burke* of counsel), for unknown beneficiaries of a charitable trust, respondent.

*Albert J. Waterman* for St. James Episcopal Church of Batavia, respondent.

Order affirmed, with costs, to all parties appearing separately and filing briefs payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.